**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Anthony JENKINS, a/k/a Domonique Jenkins, a/k/a Todd Jenkins, a/k/a Tone, Defendant–Appellant.**

No. 12–7339.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2012.

Decided: Nov. 29, 2012.

Michael Anthony Jenkins, Appellant Pro Se. William David Muhr, Melissa Elaine O'Boyle, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

Before WILKINSON and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Jenkins appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jenkins,* No. 2:93–cr–00081–2 (E.D.Va. July 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*